UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ESTEBAN QUEZADA-CRUZ,<br><br>Defendant. | 2:11-CR-00092-PMP-CWH<br><br>ORDER |

IT IS ORDERED that the Clerk of Court shall provide to counsel for the United States of America a file stamped copy of the sealed Exhibit (Doc. #29) to the United States of America's Response to Defendant's Sentencing Memorandum (Doc. #28) for purposes of providing said copy to the United States Court of Appeals for the Ninth Circuit.

DATED: March 26, 2012

_____
PHILIP M. PRO
United States District Judge